In the Matter of the Estate of EDMUND J. McCORMICK, Deceased. SUZANNE V. McCORMICK, Appellant; BANKERS TRUST COMPANY et al., Respondents.

Submitted August 16, 2004; decided October 21, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that it does not lie, appellant previously having appealed to the Court of Appeals from the Appellate Division orders from which she now has taken an appeal (*lv dismissed* 3 NY3d 656 [2004]). Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CHAMPION, Appellant.

Submitted August 16, 2004; decided October 21, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the order of the Appellate Division entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BYRON ROBINSON, Appellant.

Submitted October 18, 2004; decided October 21, 2004

Motion for assignment of counsel granted and David C. Schopp, Esq., Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203-2723 assigned as counsel to the appellant on the appeal herein.